1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

8
9
10

| | |
|---|---|
| CORNEL JACKSON, | Case No.: 1:24-cv-01027-BAM (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO CLARIFY *IN FORMA PAUPERIS* APPLICATION |
| v. | |
| POUGE, *et al.*, | (ECF No. 4) |
| Defendants. | **THIRTY (30) DAY DEADLINE** |

11
12
13
14
15
16
17
18

19    Plaintiff Cornel Jackson ("Plaintiff") is a pretrial detainee proceeding *pro se* in this civil

20 rights action under 42 U.S.C. § 1983.  On September 18, 2024, Plaintiff submitted a motion to

21 proceed *in forma pauperis*.  (ECF No. 4.)

22    In Plaintiff's application to proceed *in forma pauperis*, Plaintiff reported that he "received

23 a civil rights settlement which was signed over to his children in the amount of $4,000.00."  (ECF

24 No. 4, p. 1.)  However, the certification portion of the application, completed by the Madera

25 County Sheriff – Jail Division, states that Plaintiff has the sum of $0.00 on account at that

26 institution, Plaintiff's average monthly balance during the past six months was $0.00, and during

27 the past six months the average monthly deposits to Plaintiff's account was $0.00.  (*Id.* at 2.)

28 Plaintiff does not state the date the settlement was paid, whether the $4,000.00 was the full

settlement amount or merely the amount signed over to Plaintiff's children, or whether Plaintiff has access to any of the settlement funds.

As the evidence before the Court of Plaintiff's assets is inconclusive, the Court will provide Plaintiff with an opportunity to clarify his financial condition and adequately demonstrate financial hardship.  Specifically, Plaintiff should state the total settlement amount and whether he currently has access to any of the settlement funds, and if he does, why he is not using those funds to pay the filing fee for this action.  Plaintiff is not required to submit a new application to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED as follows:

1.  Within **thirty (30) days** from the date of service of this order, Plaintiff shall clarify his financial condition, as discussed above, or in the alternative, pay the $405.00 filing fee for this action;

2.  No extension of time will be granted without a showing of good cause; and

3.  **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice, for failure to comply with a court order.**

IT IS SO ORDERED.

Dated:   **September 18, 2024**          ___/s/ *Barbara A. McAuliffe*___
                                          UNITED STATES MAGISTRATE JUDGE