**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CORNEL JACKSON,

Plaintiff,

v.

TYSON POUGE, *et al.*,

Defendants.

No. 1:24-cv-01027-KES-BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS

Doc. 17

Cornel Jackson is a pretrial detainee who asserts he suffered violations of his civil rights while housed at the Madera County Jail. *See* Doc. 16. The magistrate judge screened the second amended complaint and found Jackson stated a cognizable claim against defendants Guzman 1, Guzman 2, Sheilds, Sgt. Rivera, and Cpl. Alva for failure to protect in violation of the Fourteenth Amendment. Doc. 17 at 14. The magistrate judge found the other claims were not cognizable. *Id.* at 15. The magistrate judge recommended that the action proceed only on the identified Fourteenth Amendment claim and that all other claims and defendants be dismissed. *Id.* The court served the findings and recommendations on Jackson and informed him that any objections were due within 14 days. *Id.* Jackson did not file objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this court performed a de novo review of this case. Having carefully reviewed the file, the court adopts the findings and recommendations in

part. The court finds that, on screening, Jackson's second amended complaint also sufficiently states a cognizable claim against defendant Taylor, Cortes, John Doe 1, and John Doe 2 for failure to protect in violation of the Fourteenth Amendment. *See* Doc. 16. In all other respects, the findings and recommendations are supported by the record and by proper analysis.

Accordingly, the court ORDERS:

1. The findings and recommendations issued on June 11, 2026 (Doc. 17) are ADOPTED in part.
2. This action SHALL proceed only on Jackson's second amended complaint against defendants Guzman 1, Guzman 2, Sheilds, Sgt. Rivera, Cpl. Alva, Taylor, Cortes, John Doe 1, and John Doe 2 for failure to protect in violation of the Fourteenth Amendment.
3. All other claims and defendants are DISMISSED from this action for failure to state claims upon which relief may be granted.
4. This action is referred to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated: July 18, 2026

UNITED STATES DISTRICT JUDGE