# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CORNEL JACKSON,

Plaintiff,

v.

TYSON POUGE, *et al.*,

Defendants.

Case No. 1:24-cv-01027-KES-BAM (PC)

ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DEFENDANTS GUZMAN 1, GUZMAN 2, JOHN DOE 1, AND JOHN DOE 2 FOR SERVICE OF PROCESS

**NINETY (90) DAY DEADLINE**

Plaintiff Cornel Jackson ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 20, 2026, the Court ordered that this action proceed on Plaintiff's second amended complaint against Defendants Guzman 1, Guzman 2, Sheilds, Sgt. Rivera, Cpl. Alva, Cortes, John Doe 1, and John Doe 2 for failure to protect in violation of the Fourteenth Amendment. (ECF No. 18.) By separate order, the Court has directed service of the complaint on Defendants Sheilds, Sgt. Rivera, Cpl. Alva, Taylor, and Cortes.

At this time, the Court does not find service appropriate for Defendants Guzman 1, Guman 2, John Doe 1, and John Doe 2 because the U.S. Marshal cannot serve an unknown or doe defendant. Therefore, before the Court orders the U.S. Marshal to serve Defendants Guzman 1, Guman 2, John Doe 1, and John Doe 2, Plaintiff will be required to identify them with enough information to locate the defendants for service of process. Once Plaintiff identifies Defendants

Guzman 1, Guman 2, John Doe 1, and John Doe 2 for service, he should file a motion to substitute the identities of Defendants Guzman 1, Guman 2, John Doe 1, and John Doe 2 in the complaint. If the motion is granted, then the Court will direct the U.S. Marshal to serve Defendants Guzman 1, Guman 2, John Doe 1, and John Doe 2. However, if Plaintiff fails to identify Defendants Guzman 1, Guman 2, John Doe 1, and John Doe 2, then any unidentified defendant will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **ninety (90) days** from the date of service of this order, Plaintiff SHALL file a motion to substitute the identities of Defendants Guzman 1, Guman 2, John Doe 1, and John Doe 2 that provides the Court with enough information to locate them for service of process; and
2. **The failure to comply with this order will result in dismissal of any unidentified defendant(s) from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated: **July 21, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE