# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CORNEL JACKSON,

Plaintiff,

v.

TYSON POUGE, *et al.*,

Defendants.

Case No. 1:24-cv-01027-KES-BAM (PC)

ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE IDENTITIES OF DEFENDANTS GUZMAN 1, GUZMAN 2, JOHN DOE 1, AND JOHN DOE 2 IN THE COMPLAINT

(ECF No. 21)

ORDER DIRECTING PLAINTIFF FILE THIRD AMENDED COMPLAINT SUBSTITUTING C. GUZMAN, J. GUZMAN, LT. KHELA, AND ST. RUIZ

**THIRTY (30) DAY DEADLINE**

Plaintiff Cornel Jackson ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 21, 2026, the Court directed Plaintiff to file a motion to substitute the identities of Defendants Guzman 1, Guzman 2, John Doe 1, and John Doe 2 that provides the Court with enough information to locate them for service of process. (ECF No. 20.)

On July 31, 2026, Plaintiff filed a motion to substitute the identities of Defendants Guzman 1, Guzman 2, John Doe 1, and John Doe 2. (ECF No. 21.) Plaintiff indicates that Defendant Guzman 1 is C. Guzman, Defendant Guzman 2 is J. Guzman, Defendant John Doe 1 is Lt. Khela, and Defendant John Doe 2 is St. Ruiz. Plaintiff moves to substitute the names of C.

Guzman, J. Guzman, Lt. Khela, and St. Ruiz. (*Id.*)

Plaintiff's motion to substitute is granted. Plaintiff is directed to file a third amended complaint substituting the name of C. Guzman for any reference to Defendant Guzman 1, substituting the name of J. Guzman for any reference to Defendant Guzman 2, substituting the name of Lt. Khela for any reference to Defendant John Doe 1, and substituting the name of St. Ruiz for any reference to Defendant John Doe 2. To assist Plaintiff, the Court will direct the Clerk of Court to send Plaintiff a copy of the second amended complaint in this action. Plaintiff should not change any other allegations in the complaint besides the names of C. Guzman, J. Guzman, Lt. Khela, and St. Ruiz. Once the Court has received the third amended complaint that substitutes C. Guzman, J. Guzman, Lt. Khela, and St. Ruiz, then the Court will order service of the amended complaint.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to substitute, (ECF No. 21), is GRANTED, as discussed above;
2. The Clerk of the Court is directed to send Plaintiff a courtesy copy of the second amended complaint (ECF No. 16);
3. Within **thirty (30) days** from the date of service of this order, Plaintiff is directed to file a third amended complaint substituting the names of C. Guzman for any reference to Defendant Guzman 1, J. Guzman for any reference to Defendant Guzman 2, Lt. Khela for any reference to Defendant John Doe 1, and St. Ruiz for any reference to Defendant John Doe 2. Plaintiff should not change any other allegations in the complaint.
4. **Plaintiff's failure to comply with this order will result in dismissal of any unidentified defendant from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated: **August 4, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE