# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CORNEL JACKSON,

Plaintiff,

v.

TYSON POUGE, *et al.*,

Defendants.

Case No. 1:24-cv-01027-KES-BAM (PC)

ORDER DIRECTING PLAINTIFF TO SUBMIT COMPLETED SERVICE DOCUMENTS OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

(ECF Nos. 19, 26)

**TWENTY-ONE (21) DAY DEADLINE**

Plaintiff Cornel Jackson ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants C. Guzman, J. Guzman, Sheilds, Sgt. Rivera, Cpl. Alva, Taylor, Cortes, Lt. Khela, and St. Ruiz for failure to protect in violation of the Fourteenth Amendment.

On July 21, 2026, the Court issued an order authorizing service of the second amended complaint on Defendants Sheilds, Sgt. Rivera, Cpl. Alva, Taylor, and Cortes and forwarding service documents to Plaintiff for completion and return within thirty days. (ECF No. 19.) The Court expressly warned Plaintiff that failure to comply with the Court's order would result in dismissal of this action. (*Id.* at 2.)

On August 17, 2026, the Court denied Plaintiff's request for assistance with photocopies of the complaint and informed him of the cost for photocopies by the Clerk's Office. (ECF No.

24.)

On August 21, 2026, following substitution of certain doe defendants and amendment of the complaint, the Court issued an order authorizing service of the third amended complaint on Defendants C. Guzman, J. Guzman, Lt. Khela, and St. Ruiz and forwarding service documents to Plaintiff for completion and return within thirty days. (ECF No. 26.) The Court again warned Plaintiff that failure to comply with the order would result in dismissal of this action. (*Id.*)

As of the date of this order, Plaintiff has not submitted the USM-285 form, summonses, or copies of the second amended complaint or third amended complaint for service on any of the defendants. Plaintiff has not complied with the Court's orders and the time to do so has expired.

Accordingly, it is HEREBY ORDERED as follows:

1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall submit completed service documents for Defendants C. Guzman, J. Guzman, Sheilds, Sgt. Rivera, Cpl. Alva, Taylor, Cortes, Lt. Khela, and St. Ruiz, as discussed in the Court's July 21, 2026 and August 21, 2026 orders, or shall show cause in writing why this action should not be dismissed for failure to prosecute; and
2. **Plaintiff's failure to comply with this order will result in dismissal of this action for failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated: **October 1, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE