# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br>Plaintiff,<br>v.<br>TYSON POUGE, *et al.*,<br>Defendants. | Case No. 1:24-cv-01027-KES-BAM (PC)<br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br>(ECF No. 27) |

Plaintiff Cornel Jackson ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants C. Guzman, J. Guzman, Sheilds, Sgt. Rivera, Cpl. Alva, Taylor, Cortes, Lt. Khela, and St. Ruiz for failure to protect in violation of the Fourteenth Amendment.

On July 21, 2026, the Court issued an order authorizing service of the second amended complaint on Defendants Sheilds, Sgt. Rivera, Cpl. Alva, Taylor, and Cortes and forwarding service documents to Plaintiff for completion and return within thirty days. (ECF No. 19.) The Court expressly warned Plaintiff that failure to comply with the Court's order would result in dismissal of this action. (*Id.* at 2.)

On August 17, 2026, the Court denied Plaintiff's request for assistance with photocopies of the complaint and informed him of the cost for photocopies by the Clerk's Office. (ECF No. 24.)

On August 21, 2026, following substitution of certain doe defendants and amendment of the complaint, the Court issued an order authorizing service of the third amended complaint on Defendants C. Guzman, J. Guzman, Lt. Khela, and St. Ruiz and forwarding service documents to Plaintiff for completion and return within thirty days. (ECF No. 26.) The Court again warned Plaintiff that failure to comply with the order would result in dismissal of this action. (*Id.*)

Plaintiff failed to submit the USM-285 form, summonses, or copies of the second amended complaint or third amended complaint for service on any of the defendants. Accordingly, on October 1, 2026, the Court issued an order directing Plaintiff to either submit the completed service documents or show cause in writing within twenty-one (21) days why this action should not be dismissed for failure to prosecute. (ECF No. 27.)

On October 14, 2026, Plaintiff submitted service documents for Defendants C. Guzman, J. Guzman, Sheilds, Sgt. Rivera, Cpl. Alva, Taylor, Cortes, Lt. Khela, and St. Ruiz. (ECF No. 28.) On the same date, the Court issued an order directing service by the United States Marshals Service. (ECF No. 29.)

Based on Plaintiff's submission of service documents, the October 1, 2026 order to show cause (ECF No. 27) is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **October 15, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE